**Order filed May 10, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-01020-CR
_____

**CHRISTEN LEE SHANEHCHIAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the Co Crim Ct at Law No 6**
**Harris County, Texas**
**Trial Court Cause No. 1689765**

---

## ORDER

A motion to supplement the record on appeal with State's Exhibit No. 3, a DVD, was filed in this Court on March 26, 2012. On March 26, 2012 the Court ordered the Clerk of the County Criminal Court at Law No. 6 to file the exhibit with this Court on or before April 9, 2012. Although the exhibit was filed with this Court on April 9, 2012, the Court inadvertently issued as second order on May 7, 2012 for the exhibit to be filed. Because the exhibit was previously filed with the Court, we **WITHDRAW** our May 7, 2012 order as moot.

PER CURIAM